# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BEVERLY K. PHASON  
242 S. HARRISON AVENUE  SSN-xxx-xx-9149  
SOUTH BELOIT, IL  61080

Case Number: 08-72416

Case filed on: 7/30/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $211.56          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY TERRENCE T MONAHAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BEVERLY K. PHASON | 0.00 | 0.00 | 211.56 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 211.56 | 0.00 |
| 001 | BELOIT CLINIC | 7,363.87 | 220.92 | 0.00 | 0.00 |
| 002 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BELOIT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHASE - BP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FIRST COMMUNITY CREDIT UNION | 2,298.10 | 68.94 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,408.23 | 42.25 | 0.00 | 0.00 |
| 007 | HSBC / ELDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LA CHAPELLE CREDIT SER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 772.26 | 23.17 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 20,444.73 | 613.34 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 232.58 | 6.98 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 684.96 | 20.55 | 0.00 | 0.00 |
|  | Total Unsecured | 33,204.73 | 996.15 | 0.00 | 0.00 |
|  | Grand Total: | 33,204.73 | 996.15 | 211.56 | 0.00 |

Total Paid Claimant: $211.56  
Trustee Allowance: $0.00  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan